**Order entered November 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00039-CV**

**TRACEY B. THOMPSON, Appellant**

**V.**

**MARTIN F. GAINES, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09781**

**ORDER**

After appellant questioned the accuracy of the reporter's record, we ordered the trial court to conduct a hearing to determine if the record accurately disclosed what occurred in the trial court. The trial court held the hearing on September 23, 2022, and, as recited in an order signed November 14, 2022, found that no evidence was presented regarding any inaccuracies or omissions. Accordingly, the appeal shall proceed on the reporter's record as filed May 6, 2022.

With the issue regarding the reporter's record now addressed, we **ORDER** appellant to file her brief on the merits no later than December 15, 2022.

/s/    BILL PEDERSEN, III
        JUSTICE